# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALAN ABRAHAM,<br><br>        Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, Warden,<br><br>        Respondent. | No. CV 11-9812-PSG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 19, 2012

                                              HONORABLE PHILIP S. GUTIERREZ
                                              UNITED STATES DISTRICT JUDGE